# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN L. BOHRER, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>SANDRIDGE ENERGY, INC., TOM WARD, JAMES D. BENNETT, and EDDIE M. LEBLANC,<br><br>       Defendants. | **Case No. CIV-14-1239-R** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff John L. Bohrer ("Plaintiff") hereby voluntarily dismisses his action, *Bohrer v. SandRidge Energy, Inc., et al.*, CIV-14-1239-R, brought before the United States District Court for the Western District of Oklahoma, without prejudice, as to all defendants. As grounds thereof, Plaintiff states that no defendant has filed an answer or a motion to dismiss to Plaintiff's action.

Dated: November 10, 2014

             s/ Michael A. Rubenstein
             **RUBENSTEIN & PITTS, PLLC**
             Michael A. Rubenstein
             1503 E. 19th Street
             Edmond, OK  73013
             Telephone:  (405) 340-1900
             Facsimile:  (405) 340-1001
             mrubenstein@oklawpartners.com

and

**POMERANTZ LLP**
Jeremy A. Lieberman
Francis P. McConville
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
jalieberman@pomlaw.com
fmcconville@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184
pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*